[No. 30130-0-II.   Division Two.   May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARISSA R. GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-8-01237-5, Diane M. Woolard, J., entered March 14, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 30251-9-II.   Division Two.   May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN O. PETRE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01385-6, Roger A. Bennett, J., entered April 28, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Cox, J., and Seinfeld, J. Pro Tem.

[No. 30426-1-II.   Division Two.   May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DION HERRING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05036-2, Kitty-Ann van Doorninck, J., entered May 22, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Houghton, JJ.

[Nos. 30460-1-II; 30464-3-II.   Division Two.   May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD M. ADAMS, *Appellant*.

Appeals from a judgment of the Superior Court for Mason County, No. 01-1-00238-4, James B. Sawyer II, J., entered May 27, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.